# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Complaint of Billy Anderson as owner of the Vessel F/V ALASKA ROSE, Official No. 592952, for Exoneration from and/or Limitation of Liability | Case No. 3:24-cv-00044-SLG-MMS |

## ORDER RE REPORT AND RECOMMENDATION

Before the Court at Docket 23 is Petitioner Billy Anderson's Motion for Default Judgment. No response was filed to the motion. The motion was referred to the Honorable Magistrate Judge Matthew M. Scoble. At Docket 25, Judge Scoble issued his Report and Recommendation, in which he recommended that the motion be granted. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2] However, § 636(b)(1) does not "require district court review of a magistrate's

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Id.*

factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[3]

The magistrate judge recommended that the Court grant the Motion for Default Judgment. The Court has reviewed the Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation, and IT IS ORDERED that the Motion for Default Judgment is GRANTED and the Court hereby directs the Clerk of Court to enter a default judgment against every person and/or entity that has not filed a claim or an answer in this action.

DATED this 26th day of September, 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Case No. 3:24-cv-00044-SLG-MMS, *In the Matter of Billy Anderson as Owner of the Vessel F/V ALASKA ROSE, Official No. 592952*
Order re Report and Recommendation
Page 2 of 2
Case 3:24-cv-00044-SLG-MMS   Document 26   Filed 09/26/24   Page 2 of 2